IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CRYSTAL MERRILL,

     Plaintiff,

                                   Civil Action

v.                                   File No.:

FRANK HARRIS,

                                   JURY TRIAL DEMANDED

     Defendant.

## COMPLAINT FOR DAMAGES

COMES NOW, CRYSTAL MERRILL, Plaintiff in the above styled action, and files this Complaint for Damages against Defendant FRANK HARRIS, and shows the Court as follows:

### PARTIES

1.

Plaintiff CRYSTAL MERRILL (hereinafter referred to as "Plaintiff") is a citizen and resident of the State of California, and is domiciled in San Bernardino County, California.

2.

Defendant FRANK HARRIS (hereinafter referred to as "Defendant Harris") is a citizen and resident of the State of Nevada, domiciled in Clark County, Nevada.  Defendant Harris may be served with process at 8021 Vegas Drive, Unit 113, Las Vegas, Nevada 89128. Once Defendant Harris has been so served, he will

be subject to the jurisdiction of this Court.

## JURISDICTION AND VENUE

3.

Jurisdiction over Defendant is proper pursuant to 28 U.S.C. § 1331.

4.

Venue is proper in this district pursuant to 28 U.S.C.§ 1391.

## STATEMENT OF FACTS

5.

In approximately July of 2022, Plaintiff had an online sexual encounter with Defendant Harris while Plaintiff was in California and Defendant was in Nevada.

6.

Plaintiff's online encounter with Defendant involved Plaintiff performing a solo intimate act on camera while communicating with Defendant via Facebook Messenger.

7.

At the time of Plaintiff and Defendant's online encounter, Defendant Harris secretly recorded a video of Plaintiff performing this sexual act without Plaintiff's knowledge.

8.

On or about April 22, 2023, Defendant Harris disclosed the secretly recorded video containing intimate visual depictions of Plaintiff to Plaintiff's daughter via text/MMS message and email.

9.

On April 22, 2023, Defendant Harris contacted Plaintiff via phone call and text message and threatened to upload the video file containing intimate visual depiction of Plaintiff to Instagram, Pornhub, Facebook and TikTok.

10.

Plaintiff did not consent to this disclosure.

11.

In the alternative, Defendant Harris acted with reckless disregard as to whether Plaintiff had consented to such disclosure.

12.

Defendant Harris used a means or facility of interstate or foreign commerce to disclose the intimate visual images of Plaintiff when he used the internet and cellular networks to disclose photos and/or videos which contained intimate visual depictions of Plaintiff.

**CAUSE OF ACTION**
**Civil action relating to disclosure of intimate images**
**15 U.S.C. § 6851**

13.

Plaintiff repeats and incorporates by reference each and every allegation set forth above, as though fully set forth here.

14.

On or about April 22, 2023, Defendant Harris sent the video containing intimate visual depictions of Plaintiff to Plaintiff's daughter.

15.

Defendant used a means or facility of interstate or foreign commerce to disclose the intimate visual depictions of Plaintiff when Defendant used the internet and cellular networks to disclose the video which contained intimate visual depictions of Plaintiff.

16.

Plaintiff did not consent to this disclosure.

17.

In the alternative, Defendant Harris acted with reckless disregard as to whether Plaintiff had consented to such disclosure.

18.

Plaintiff has suffered damages as a result.

19.

Plaintiff is entitled to liquidated damages in the amount of $150,000.00 against Defendant Harris for this disclosure, and the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred pursuant to 15 U.S.C. § 6851(b)(3)(i).

20.

Plaintiff is also entitled to equitable relief, including a permanent injunction ordering Defendant Harris to cease all display and/or disclosure of the visual depiction pursuant to 15 U.S.C. § 6851(b)(3)(ii).

WHEREFORE, Plaintiff prays for judgment in her favor and against Defendant and for the following relief:

A.   Finding Defendant liable under 15 U.S.C. § 6851;

B.   Awarding Plaintiff liquidated damages in the amount of $150,000 against  Defendant, and the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred pursuant to *15 U.S.C. § 6851(b)(3)(I)*;

C.   Granting appropriate injunctive relief against Defendant pursuant to *15 U.S.C. § 6851(b)(3)(ii)*; and

D.   Awarding such other and further available relief and any other relief the Court deems just and appropriate.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

This 30th day of April, 2026.

/s/Joel G. Selik

Joel G. Selik
Appearing for Plaintiff
Nevada Bar No. 402

304 S. Jones Blvd #6615
Las Vegas, NV 89107
702-243-1930 (phone)

/s/ Joseph W. Weeks

Joseph W. Weeks
Appearing *Pro Hac Vice* for Plaintiff
(*Pending*)
Georgia Bar No. 912341

McNALLY WEEKS
125 Clairemont Ave., Ste. 450
Decatur, GA 30030
404-373-3131 (phone)
404-373-7286 (facsimile)