UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRYSTAL MERRILL,<br>Plaintiff,<br>v.<br>FRANK HARRIS,<br>Defendant. | Case No. 2:26-cv-01402-CDS-EJY<br>**ORDER** |

Pending before the Court is Plaintiff's Status Report (ECF No. [8]) explaining that Defendant has not responded to her correspondence seeking to schedule a Rule 26(f) conference. Plaintiff notes that Defendant's Answer did not contain a heading with Defendant's phone number, mailing address, and email address as required by LR IA 10-2. Going forward, Defendant must include this information on the first page of every filing with the Court. *See* LR IA 10-2. Given Defendant's failure to respond, the Court exercises its broad authority to manage its cases, including discovery, and enters the following Orders:

IT IS HEREBY ORDERED that for convenience of the Court and parties, the Clerk of Court **must** add Defendant's address as it appears in ECF No. 2 to the docket and **mail** a copy of this Order to Defendant's address.

IT IS FURTHER ORDERED that Defendant **must** conform his future filings to the Court's Local Rules, including LR IA 10-2.

IT IS FURTHER ORDERED that if the Vegas Drive address used to execute service is not Defendant's current address or the best way to provide notice to him on all proceedings in this matter, then Defendant **must** file with the Court, no later than **August 21, 2026**, his current address, phone number, email address. If nothing is received, the Court and Plaintiff may treat the address at which service was effected as Defendant's current address for purpose of service and other Court notifications.

IT IS FURTHER ORDERED that the following discovery plan and scheduling order is entered:

1. Discovery Deadline: Discovery must be completed by **February 8 , 2027**.

2. Deadline to Amend Pleadings and Add Parties: **November 10, 2026**.

3. Deadline to Disclose Initial Expert Disclosures: **December 10, 2026**.

4. Deadline to Disclose Rebuttal Expert Disclosures: **January 8, 2027.**

5. Deadline to File Dispositive Motions: **March 10, 2027**.

6. Deadline to File Joint Pretrial Order: **April 9, 2027**. If, however, dispositive motions are pending on this date, the deadline for filing the joint proposed pretrial order is automatically vacated and reset for 30 days after dispositive motions are ruled upon.

7. Fed. R. Civ. P. 26(a)(3) Disclosures: The parties will include the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them in the joint pretrial order.

8. Later Appearing Parties: A copy of this discovery plan and scheduling order must be served on any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance. This discovery plan and scheduling order will apply to such later appearing parties, unless a stipulation of the parties approved by the Court or the Court, on motion for good cause shown, orders otherwise.

9. Extension or Modifications of the Discovery Plan and Scheduling Order: LR 26-3 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made not later than twenty-one (21) days before the expiration of the subject deadline and comply fully with LR 26-3.

Dated this 11th day of August, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE